IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD JOSEPH GRIEGO,

    Plaintiff,

vs.                                                                        No. CV 13-0969 JB/ACT

MATHEW J. SANDOVAL and
ESTHER GARDUNO-MONTOYA,

    Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915(b), and to Make Payments or Show Cause, filed November 19, 2013 (Doc. 8)("Order"). In the Order, the Court granted Plaintiff Richard Joseph Griego's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed October 4, 2013 (Doc. 2). The Order also required Griego to make an initial partial filing fee payment. Griego has not responded to the Court's Order. Because Griego has failed to comply with statutory requirements and an order of the Court, or to show cause to excuse the failure, see Baker v. Suthers, 9 F. App'x 947, 950 (10th Cir. 2001), the Court will dismiss his complaint.

**IT IS ORDERED** that Plaintiff Richard Joseph Griego's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed October 4, 2013 (Doc. 1), is dismissed without prejudice, and this action is dismissed.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE

*Parties and Counsel*:

Richard Joseph Greigo
Central New Mexico Correctional Facility
Los Lunas, New Mexico

    *Plaintiff pro se*

Moses B. Winston, V
Risk Management, State of New Mexico General Services
Albuquerque, New Mexico

    *Attorney for the Defendants*